**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **JERVOD SIMMONS,** | ) | Civil Action No. 7:14-CV00556 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **VIRGINIA DEPARTMENT OF** | ) | By: Hon. Norman K. Moon |
| **CORRECTIONS,** *et al.*. | ) | United States District Judge |
| | ) | |

For the reasons stated in the accompanying memorandum opinion, Defendant Lieutenant David Greer's motion for summary judgment (Dkt. No. 60) is **GRANTED**. Defendant's remaining motions (Dkt. No. 59, 61) are accordingly **DENIED** as moot. This case is hereby **DISMISSED** with prejudice and shall be removed from the active docket of this court. The Clerk is directed to send a copy of this Order and the accompanying opinion to Plaintiff and defense counsel.

DONE this __28th__ day of March, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE